

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

**TEXAS HILL COUNTRY BANK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The motion for extension of time to file the clerk's record is granted. We order the record filed by October 26, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court